**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**  PLAINTIFF

**v.**  **4:10CV00027-WRW**

**MARK R. CATHEY,** *et al.*  DEFENDANTS

## ORDER

Pending is the United States' Motion for Default Judgment Against Unifund CCR Partners Assignee of Palisades Collection, LLC (Doc. No. 25). Defendant Unifund has not responded, and the time for doing so has expired.

The United States' Complaint,[1] filed January 15, 2010, named Unifund a defendant under 26 U.S.C. § 7403(b) on the ground that Unifund "may claim an interest in the property upon which the United States seeks to foreclose."[2] Unifund's registered agent was served with the Complaint on January 28, 2010,[3] but Unifund never filed an answer. The United States filed a Motion for Entry of Default against Unifund on July 23, 2010,[4] and the Clerk entered default against Unifund under Fed. R. Civ. P. 55(a) on July 26, 2010.[5]

Based on the above, the United States' Motion for Default Judgment Against Unifund (Doc. No. 25) is GRANTED. Accordingly, Unifund may not claim a superior interest in the

---

[1] Doc. No. 1.

[2] *Id.*

[3] Doc. No. 10.

[4] Doc. No. 23.

[5] Doc. No. 24.

subject property, which is located at 19 Fontenay Circle in Little Rock, Arkansas, with the following legal description:

> Lot 10, Block 6, Chenal Valley, an addition to the city of Little Rock, Pulaski County, Arkansas.[6]

IT IS SO ORDERED this 2nd day of September, 2010.

                                        /s/Wm. R. Wilson, Jr.
                                  UNITED STATES DISTRICT JUDGE

---

[6]Doc. No. 1.