**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

v.                              **4:10CV00027-WRW**

**MARK R. CATHEY,** *et al.*                                       **DEFENDANTS**

## ORDER

Pending is the United States' motion for the dismissal of defendant Claridge Products & Equipment Inc. ("Claridge") based on the parties' stipulations (Doc. No. 33). The Motion is GRANTED.

Accordingly, Claridge is DISMISSED with prejudice and without costs or fees to either party.

IT IS SO ORDERED this 7th day of December, 2010 (Pearl Harbor Day).

                                                        /s/Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE